# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Sansone, Amanda A. | **2. Court or Organization**<br><br>United States Disctrict Court, Middle District of Florida | **3. Date of Report**<br><br>05/12/2021 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge -- full-time | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Sam Gibbons U.S. Courthouse
801 N. Florida Avenue, Chambers 10B
Tampa, Florida 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member | DCA Beach Properties, LLC |
| 2.   Trustee | ██████ Trust #1 (unfunded trust) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 05/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 05/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.    Schwab One Account (H) | | | | | | | | | |
| 2.    -- SCHWAB GOVT MONEY FUND (SWGXX) | A | Dividend | J | T | Redeemed (part) | 01/22/20 | J | | |
| 3. | | | | | Buy (add'l) | 02/18/20 | J | | |
| 4. | | | | | Redeemed (part) | 07/01/20 | J | | |
| 5. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 6. | | | | | Redeemed (part) | 10/27/20 | J | | |
| 7. | | | | | Redeemed (part) | 12/23/20 | J | | |
| 8.    -- SCHWAB EMERGING MARKETS (SCHE) | A | Dividend | J | T | Buy (add'l) | 01/17/20 | J | | |
| 9.    -- SCHWAB INTERNATIONAL (SCHF) | A | Dividend | J | T | | | | | |
| 10.    -- SELECT STR FINANCIAL (XLF) | A | Dividend | J | T | | | | | |
| 11.    -- VANGUARD DIVIDEND (VIG) | A | Dividend | J | T | Sold (part) | 08/28/20 | J | B | |
| 12.    -- VANGUARD HIGH DIVIDEND (VYM) | A | Dividend | J | T | | | | | |
| 13.    -- SCHWAB US BROAD MARKET (SCHB) | A | Dividend | J | T | | | | | |
| 14.    -- CAMBRIA GLOBAL MOMENTUM (GMOM) | A | Dividend | J | T | Buy | 12/21/20 | J | | |
| 15.    -- AQR MGD FUTURES STRAT FD (AQMIX) | | | | | Sold | 12/21/20 | J | A | |
| 16.    -- SCHWAB FUNDAMENTAL US (FNDB) | A | Dividend | J | T | Buy (add'l) | 03/19/20 | J | | |
| 17. | | | | | Sold (part) | 04/30/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- WISDOMTREE INTERNATIONAL (DWM) | A | Dividend | J | T | Buy (add'l) | 01/17/20 | J | | |
| 19. -- SCH TREAS OBLIGATION MMF (SNOXX) | A | Dividend | J | T | Buy (add'l) | 06/30/20 | J | | |
| 20. -- US TREASURY NOTE | A | Int./Div. | | | Redeemed | 01/31/20 | J | | |
| 21. -- SCHWAB VALUE ADVANTAGE (SWVXX) | A | Dividend | J | T | Buy | 12/21/20 | J | | |
| 22. -- SCHWAB FUNDAMENTAL US SMALL COM (FNDA) | A | Dividend | J | T | Buy | 10/23/20 | J | | |
| 23. -- SCHWAB US TIPS ETF (SCHP) | A | Dividend | J | T | Buy | 01/17/20 | J | | |
| 24. -- VANGUARD SHRT INF PROT (VTIP) | A | Dividend | J | T | Buy | 12/21/20 | J | | |
| 25. -- VANGUARD SMALL CAP ETF (VB) | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 26. Schwab Roth IRA (H) | | | | | | | | | |
| 27. -- SCHWAB GOVT MONEY FUND (SWGXX) | A | Dividend | J | T | Redeemed (part) | 03/11/20 | J | A | |
| 28. | | | | | Redeemed (part) | 03/23/20 | J | A | |
| 29. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 30. | | | | | Redeemed (part) | 07/01/20 | J | A | |
| 31. | | | | | Redeemed (part) | 09/02/20 | J | A | |
| 32. | | | | | Redeemed (part) | 10/27/20 | J | A | |
| 33. | | | | | Redeemed (part) | 12/23/20 | J | A | |
| 34. -- SCHWAB FUNDAMENTAL US (FNDB) | A | Dividend | J | T | Buy (add'l) | 03/19/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/30/20 | J | A | |
| 36.  -- SCHWAB EMERGING MARKETS (SCHE) | A | Dividend | J | T | Buy (add'l) | 01/17/20 | J | | |
| 37.  -- SCHWAB INTERNATIONAL (SCHF) | A | Dividend | J | T | Sold (part) | 01/17/20 | J | A | |
| 38.  -- SELECT STR FINANCIAL (XLF) | A | Dividend | J | T | | | | | |
| 39.  -- SPDR S&P INTERNATIONAL (DWX) | A | Dividend | | | Sold | 06/08/20 | J | A | |
| 40.  -- VANGUARD DIVIDEND (VIG) | A | Dividend | J | T | Sold (part) | 08/28/20 | J | B | |
| 41.  -- VANGUARD HIGH DIVIDEND (VYM) | A | Dividend | J | T | Sold (part) | 01/17/20 | J | A | |
| 42.  -- SCHWAB US BROAD MARKET (SCHB) | A | Dividend | J | T | Sold (part) | 06/08/20 | J | A | |
| 43.  -- CAMBRIA GLOBAL MOMENTUM (GMOM) | A | Dividend | J | T | Sold (part) | 03/23/20 | J | A | |
| 44.  -- AQR MGD FUTURES STRAT FD (AQMIX) | | | | | Sold | 12/21/20 | J | A | |
| 45.  -- WISDOMTREE INTERNATIONAL (DWM) | A | Dividend | J | T | Buy (add'l) | 01/17/20 | J | | |
| 46.  -- SCH TREAS OBLIGATION MMF (SNOXX) | A | Dividend | J | T | Sold (part) | 01/17/20 | J | A | |
| 47. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 48.  -- SCHWAB FUNDAMENTAL US SMALL COM (FNDA) | A | Dividend | J | T | Buy | 10/23/20 | J | | |
| 49.  -- VANGUARD SHRT INF PROT (VTIP) | A | Dividend | J | T | | | | | |
| 50.  -- VANGUARD SMALL CAP ETF (VB) | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 51.  -- AQR MANAGED FUTURES STRATEGY (QMHIX) | A | Dividend | J | T | Buy | 12/21/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Schwab IRA (H) | | | | | | | | | |
| 53. -- SCHWAB GOVT MONEY FUND (SWGXX) | A | Dividend | J | T | Buy (add'l) | 02/03/20 | K | | |
| 54. | | | | | Redeemed (part) | 03/11/20 | J | | |
| 55. | | | | | Redeemed (part) | 03/23/20 | J | | |
| 56. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 57. | | | | | Redeemed (part) | 07/01/20 | K | | |
| 58. | | | | | Redeemed (part) | 08/31/20 | J | | |
| 59. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 60. | | | | | Redeemed (part) | 10/27/20 | J | | |
| 61. | | | | | Redeemed (part) | 12/23/20 | J | | |
| 62. -- SCH TREAS OBLIGATION MMF (SNOXX) | A | Dividend | K | T | Buy (add'l) | 06/30/20 | K | | |
| 63. -- US TREASURY NOTE | | | | | Matured | 01/30/20 | K | A | |
| 64. -- SCHWAB EMERGING MARKETS (SCHE) | A | Dividend | J | T | Buy (add'l) | 01/17/20 | J | | |
| 65. -- SCHWAB INTERNATIONAL (SCHF) | A | Dividend | K | T | | | | | |
| 66. -- SELECT STR FINANCIAL (XLF) | A | Dividend | J | T | | | | | |
| 67. -- VANGUARD DIVIDEND (VIG) | A | Dividend | K | T | Sold (part) | 08/28/20 | J | B | |
| 68. -- VANGUARD HIGH DIVIDEND (VYM) | A | Dividend | J | T | Sold (part) | 01/17/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -- SCHWAB US BROAD MARKET (SCHB) | A | Dividend | J | T | Sold (part) | 06/08/20 | J | B | |
| 70.  -- SCHWAB US TIPS ETF (SCHP) | A | Dividend | J | T | | | | | |
| 71.  -- CAMBRIA GLOBAL MOMENTUM ETF (GMOM) | A | Dividend | K | T | | | | | |
| 72.  -- SCHWAB FUNDAMENTAL US BROAD MKT ETF (FNDB) | A | Dividend | J | T | Buy (add'l) | 03/19/20 | J | | |
| 73.  | | | | | Sold (part) | 04/30/20 | J | A | |
| 74.  -- WISDOMTREE INTERNATIONAL EQY ETF (DWM) | A | Dividend | J | T | Buy (add'l) | 01/17/20 | J | | |
| 75.  -- EMQQ EMRNG MKT INTRNT (EMQQ) | A | Dividend | J | T | Buy | 12/21/20 | J | | |
| 76.  --- SCHWAB FUNDAMENTAL US SMALL COM (FNDA) | A | Dividend | J | T | Buy | 10/23/20 | J | | |
| 77.  -- VANGUARD SHRT INF PROT (VTIP) | A | Dividend | J | T | Buy | 12/21/20 | J | | |
| 78.  -- VANGUARD SMALL CAP ETF (VB) | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 79.  -- AQR MANAGED FUTURES STRATEGY (QMHIX) | B | Dividend | J | T | Buy | 12/21/20 | J | | |
| 80.  -- SCHWAB VALUE ADVANTAGE (SWVXX) | | | K | T | Buy | 12/21/20 | K | | |
| 81.  Florida Retirement System Investment Plan (H) | | | | | | | | | |
| 82.  -- FRS 2040 RETIREMENT DATE FUND (2040) | | None | K | T | | | | | |
| 83.  Suncoast Schools Credit Union Cash Accounts | A | Dividend | N | T | | | | | |
| 84.  Sarasota County, Florida Rental Property | D | Rent | | | Sold | 12/29/20 | N | F | Richard and Judith Witzel |
| 85.  | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sansone, Amanda A. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sansone, Amanda A.** | 05/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 1. Positions:
Although I am a Trustee of ███ Trust #1 (created in 2017), there are no reportable assets in the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amanda A. Sansone**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544